IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR135 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DANIEL T. RAY, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Magistrate Judge Thalken's findings and recommendation. (Filing 33.) The magistrate recommends that Defendant Daniel T. Ray's motion to suppress (filing 21) be denied. (Filing 33 at CM/ECF p. 10.) Defendant has filed an objection to the magistrate judge's findings and recommendation. (Filing 44.) Plaintiff has filed a response to the objection. (Filing 47.) I have conducted a de novo review of the record, including Defendant's objection and Plaintiff's response to Defendant's objection.

    Defendant objects to the magistrate judge's findings and recommendation because he believes the search of his gym bag was unlawful. (Filing 45 at CM/ECF p. 1.) However, the magistrate judge provided multiple reasons to support his conclusion that the search was permissible. (Filing 33 at CM/ECF p. 8-10.) Among these reasons, the magistrate judge concluded the officers could have reasonably believed they would find other evidence related to the offense of obstructing a police officer and carrying a concealed weapon. *See United States v. Casteel*, 717 F.3d 635, 646 (8th Cir. 2013) (finding reasonable suspicion existed to find ammunition or paperwork related to a firearms investigation inside the vehicle after firearms recovered).

    In short, I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and

recommendation should be adopted and Defendant's motion to suppress should be denied.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 33) is adopted.

2. Defendant Daniel T. Ray's motion to suppress (filing 21), and objection to the magistrate judge's findings and recommendation (filing 44) are denied in all respects.

DATED this 30th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.