# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Daniel T. Ray | Case No: 8:13CR135<br>USM No: 25478-047 |
| Date of Original Judgment: 03/06/2014<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Karen M. Shanahan<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 100 months as to Count I & 60 months as to Count II ~~months~~ **is reduced to** 84 months as to Count I & 60 months as to Count II
*(Complete Parts I and II of Page 2 when motion is granted)*

to run consecutive for a total of 160 months                to run consecutive for a total for a total of 144 months

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated 03/06/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/12/2016                s/ Richard G. Kopf
                                      *Judge's signature*

Effective Date: 11/01/2015            Richard G. Kopf, Senior United States District Judge
*(if different from order date)*       *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Daniel T. Ray
CASE NUMBER: 8:13CR135
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 25         Amended Total Offense Level: 23
Criminal History Category: V              Criminal History Category: V
Previous Guideline Range: 100 to 125 months   Amended Guideline Range: 84 to 105 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 104, 108 and 109 are granted as provided herein.